# Third District Court of Appeal

## State of Florida

Opinion filed May 31, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-0521
Lower Tribunal No. 21-825
_____

**D.A., A Juvenile,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Scott M. Bernstein, Judge.

Carlos J. Martinez, Public Defender and Shannon Hemmendinger, Assistant Public Defender, for appellant.

Ashley Moody, Attorney General and Christina L. Dominguez and Ivy R. Ginsberg, Assistant Attorneys General, for appellee.

Before SCALES, MILLER and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>Ramirez v. State</u>, 739 So. 2d 568, 575–76 (Fla. 1999) (establishing five-factor test for determining voluntariness of <u>Miranda</u> waiver); <u>Neely v. State</u>, 126 So. 3d 342, 346 (Fla. 3d DCA 2013) ("The voluntariness of a juvenile's confession is determined by an examination of the totality of the circumstances surrounding the confession.").